PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Maria Teresa Venegas     Cr.: 18-00563-001
PACTS #: 4638983

Name of Sentencing Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/20/2019

Original Offense:     Count One: Public Money - Property Or Records

Original Sentence: 24 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment of $100, Restitution in the amount of $888,486.89, Financial Disclosure, No New Debt/Credit, Self-Employment/Business Disclosure, Forfeiture

Type of Supervision: Supervised Release     Date Supervision Commenced: 02/12/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy financial obligations |

U.S. Probation Officer Action:
Throughout her supervision term, the Individual Under Supervision (IUS) has paid $1,709.37 towards the restitution order, as her monthly installments were ordered to be paid in monthly installments of no less than $50.00. Her term of supervision is due to expire on February 11, 2023, with an outstanding balance of $313,578.09. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the IUS's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, Pursuant to Title 18 U.S.C, Sections 3554 & 3613.

                                       Respectfully submitted,

                                       SUSAN M. SMALLEY, Chief
                                       U.S. Probation Officer

                                       *Susan Karlak*
                                       By:     SR. U.S. PROBATION OFFICER

Prob 12A – page 2
Maria Teresa Venegas

/ sk

APPROVED:

*Susan Karlak*                    *01/24/23*
SUSAN KARLAK                   Date
Sr. U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow Supervision to Expire as scheduled on February 11, 2023 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other (as recommended by the Probation Office)

_____
Signature of Judicial Officer

1/25/2023
_____
Date